IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID DIAMOND; | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 17-cv-3900 |
| MARK NICHOLLS & SID NICHOLLS, | ) Hon. Judge Shadur |
| Defendants. | ) |

## DEFENDANT MARK NICHOLLS' RULE 12(B)(6) MOTION TO DISMISS

Defendant, Mark Nicholls, by and through his undersigned counsel, Patterson Law Firm, LLC, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint filed by Plaintiff, David Diamond. In support thereof, Nicholls submits his Memorandum in Support of his Rule 12(b)(6) Motion to Dismiss, filed contemporaneously herewith.

Respectfully submitted,

/s/Thomas E. Patterson
Thomas E. Patterson
Peter J. Evans
Patterson Law Firm, LLC
One North LaSalle Street
Suite 2100
Chicago, IL 60602
Tel. 312-223-1699
Fax. 312-223-8549
tpatterson@pattersonlawfirm.com
pevans@pattersonlawfirm.com

*Attorneys for Defendant Mark Nicholls*