**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID DIAMOND**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 3900 |
| | ) | |
| **MARK NICHOLLS** and **SID NICHOLLS**, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On August 21, 2017 Sid Nicholls ("Sid"), one of the two codefendants in this action brought by David Diamond ("Diamond"),[1] moved (in the "Motion," Dkt. No. 9) for his dismissal from the case for an asserted lack of in personam jurisdiction over him. Because of the imminent reassignment of the bulk of this Court's calendar to its colleagues under this District Court's customary computer-driven random assignment system that applies whenever any of its judges leaves the court, and as this Court must do because of its recent surgery and the ongoing rehabilitative process, Diamond's counsel is ordered to file a response to the Motion on or before [21 days]. Resolution of the Motion (which may or may not call for a reply by Sid) will be left to the assignee judge.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 24, 2017

---

[1] "Sid" is employed as a shorthand reference to the movant because the other codefendant is Mark Nicholls.